**Electronically Filed
Supreme Court
SCWC-21-0000707
19-FEB-2025
08:05 AM
Dkt. 16 ODAC**

SCWC-21-0000707

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

CITIBANK, NA AS TRUSTEE FOR WAMU SERIES 2007-HE2 TRUST,
Respondent/Plaintiff-Appellee,

vs.

WILLIAM GASPAR AND JOYAL GASPAR,
Petitioners/Defendants-Appellants,
and
HAWAIIAN OCEAN VIEW ESTATES ROAD MAINTENANCE CORPORATION,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000707; CASE NO. 3CC171000137)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioners' Application for Writ of Certiorari, filed on December 23, 2024, is hereby rejected.

DATED: Honolulu, Hawai'i, February 19, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

